IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00583-BNB

STEVE CHAVEZ LOPEZ #55877,

    Plaintiff,

v.

UNITED STATES SENTENCING COMMISION [sic], WASHINGTON, D.C.,
KENNETH P. COHEN,
DISTRICT COURT WELD COUNTY,
JUDGE HAYS,
COLORADO STATE DISTRICT ATTORNEY'S OFFICE AND COMPLETE STAFF,
SUSAN KNOX, D.A.,
COLORADO DIVISION OF PAROLE AND COMMUNITY CORRECTIONS,
JEANEENE MILLER,
TIM HAND,
COLORADO DEPARTMENT OF CORRECTIONS,
GOVERNOR BILL RITTER,
PEOPLE OF THE STATE OF COLORADO,
COLORADO ATTORNEY GENERAL JOHN SUTHERS,
UNITED STATES DEPARTMENT OF JUSTICE ,
U. S. ATTORNEY GENERAL ALBERTO GONZALES,
AMERICAN CORRECTIONAL ASSOCIATION,
JAMES A. GONZALES, JR.,
COLORADO DEPARTMENT OF CORRECTIONS BILL ZALMAN,
COLORADO DEPARTMENT OF CORRECTIONS TIME COMP DONNA THURLOW AND COMPLETE STAFF,
VALUE ADDED COMMUNICATION AND ZERO PLUS DEALING TONY DISTANCE, INC.,
ARKANSAS VALLEY CORRECTIONAL FACILITY,
WARDEN LOU ARCHULETA,
MAJOR JARAMILLO, Arkansas Valley Correctional Facility,
SHIRLEY STEINBECK, ACA Coordinator,
JOHN E. POTTER, Postmaster General United States Postal Service, Washington, D.C.,
CAPTAIN GONZALES AND COMPLETE CASE MANAGEMENT STAFF 1-20 AVCF,
SGT. NORA KURTZ, Mailroom & Complete Staff of Arkansas Valley Correctional Facility, and
JOHN DOE & JANE DOE 1-200,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2007

GREGORY C. LANGHAM
CLERK

## ORDER ALLOWING PLAINTIFF TO PROCEED
## WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

On April 18, 2007, the court entered an order granting Plaintiff, Steve Chavez Lopez, leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Plaintiff either to pay an initial partial filing fee of $1.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On June 18, 2007, Plaintiff submitted a copy of his inmate trust fund account statement showing that the balance in his account as of June 1, 2007, is a negative $21.96. The financial affidavit previously filed by Plaintiff reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Plaintiff will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's April 18, 2007, order.

The court will proceed to review complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Plaintiff remains obligated to pay the full $350.00 filing fee through monthly installments as directed in the court's February 6 order and reiterated below. Accordingly, it is

ORDERED that Plaintiff may proceed in this action without payment of the initial partial filing fee designated in the court's April 18, 2007, order because he has shown cause why he has no assets and no means by which to pay an initial partial filing fee. Plaintiff remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $350.00 filing fee is paid in full, Plaintiff shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Plaintiff is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee**

**debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED June 27, 2007, at Denver, Colorado.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00583-BNB

Steve Chavez Lopez
Prisoner No. 55877
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/27/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk